# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                    )
                                          )
Boston Blackies of Lake Cook Plaza, Inc., )    **Bankruptcy No.   09 B 44649**
                                          )
        **Debtor(s)**                     )
                                          )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on   July 25, 2013 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Brenda Porter Helms, is to appear and provide a status at that time.

ENTER:

*/s/ Jack B. Schmetterer/*
Jack B. Schmetterer
United States Bankruptcy Judge

Date:   JUN 0 4 2013

In re: Boston Blackies of Lake Cook Plaza, Inc.
Bankruptcy No. 09 B 44649

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee's Attorney*
David R Brown
dbrown@springerbrown.com

*Debtor's Attorney*
Robert R Benjamin
rrbenjamin@golanchristie.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*

Boston Blackies of Lake Cook Plaza, Inc.
801 W. Adams Street
Suite 201
Chicago, IL 60607

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago, IL 60625