## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSTON BLACKIES OF LAKE COOK | § | Case No. 09-44649 |
| PLAZA, | | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK  OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/26/2013 in Courtroom 682,

United States Courthouse
219 S. Dearborn Street
Chicago IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/29/2013                          By: CLERK  OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| | § | |
| BOSTON BLACKIES OF LAKE COOK PLAZA, | § | Case No. 09-44649 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 353,712.73 |
| and approved disbursements of | $ | 353,712.73 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | General Electric Capital Corp | $ 6,275,307.03 | $ 6,275,307.03 | $ 0.00 | $ 0.00 |
| 13 | RBS Citizens NA | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 20,935.64 | $ 0.00 | $ 0.00 |
| Other: International Sureties | $ 49.45 | $ 49.45 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 149,501.89  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Revenue | $ 59,012.95 | $ 0.00 | $ 0.00 |
| 19A | Dept of Treasury | $ 90,488.94 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,037,240.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Dept of Revenue | $ 4,264.83 | $ 0.00 | $ 0.00 |
| 2 | Trimark Marlinn, Inc. | $ 7,761.39 | $ 0.00 | $ 0.00 |
| 3 | Southern Wine & Spritis | $ 1,097.15 | $ 0.00 | $ 0.00 |
| 4 | MacCarb | $ 282.14 | $ 0.00 | $ 0.00 |
| 5 | A New Dairy Inc. | $ 3,820.72 | $ 0.00 | $ 0.00 |
| 6 | Sysco Chicago Inc. | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 7 | Rally Capital Services | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 8 | Vienna Beef Ltd | $ 3,535.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Mark Solomon Ltd. | $ 25,284.00 | $ 0.00 | $ 0.00 |
| 11 | Alpha Banking Co | $ 10,028.30 | $ 0.00 | $ 0.00 |
| 12 | Rona Keller | $ 333,346.88 | $ 0.00 | $ 0.00 |
| 13A | RBS Citizens NA | $ 983,962.25 | $ 0.00 | $ 0.00 |
| 15 | Exelon Energy Co | $ 1,159.49 | $ 0.00 | $ 0.00 |
| 16 | Laek Cook Plaza Assoc | $ 66,092.58 | $ 0.00 | $ 0.00 |
| 17 | CoActiv Capital Partners | $ 1,181,990.29 | $ 0.00 | $ 0.00 |
| 18 | Morgan & Bley | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 19 | Dept of Treasury | $ 17,778.27 | $ 0.00 | $ 0.00 |
| 21 | Village of Deerfield | $ 3,811.20 | $ 0.00 | $ 0.00 |
| 22 | Supreme Lobster & Seafood | $ 1,779.55 | $ 0.00 | $ 0.00 |
| 23 | US Foodservice Inc. | $ 6,137.72 | $ 0.00 | $ 0.00 |
| 24 | Enonomy Packing Co | $ 34,379.80 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/Brenda Porter Helms

Trustee


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 09-44649-JBS
Boston Blackies of Lake Cook Plaza, Inc.                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina          Page 1 of 4          Date Rcvd: Aug 30, 2013
                             Form ID: pdf006         Total Noticed: 117


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2013.
db        +Boston Blackies of Lake Cook Plaza, Inc.,   801 W. Adams Street,   Suite 201,
           Chicago, IL 60607-3035
tr        +Brenda Porter Helms,   3400 W. Lawrence Avenue,   Chicago, IL 60625-5104
14768318  +A New Dairy, Inc,   1234 W Randolph,   Chicago, IL 60607-1604
14768319  +Abraham Martinez,   1021 Kenilworth Dr,   Wheeling, IL 60090-3964
14768320  +Adalberto Garcia,   626 Sheridan - 3B,   Highwood, IL 60040-1029
14768321  +Adolfo Pareja,   706 Greenbay Rd,   Highwood, IL 60040-1117
14768322  +Adrian Arias,   2516 Martin Luther King Dr,   North Chicago, IL 60064-2330
14768323  +Alejandro Lozano,   542 N Sheridan Rd - #2,   Highwood, IL 60040-1333
14768324  +Alex Flores,   612 Sheridan Rd, Apt 2D,   Highwood, IL 60040-1025
14768325  +Alfredo Perez,   2731 Saint Janes,   Highland Park, IL 60035-1432
14768326  +Alpha Baking Company Inc,   5001 W Polk St,   Chicago, Il 60644-5249
15145291  +Alpha Baking Company Inc,   36230 Treasury Center,   Chicago, Il 60694-6200
14768327  +Alsco,   2641 S. Leavitt,   Chicago, IL 60608-5215
14768328  +Alsco-American Linen,   2641 S Leavitt,   Chicago, IL 60608-5215
14768329  +Anastacia Magallan,   7509 Kenneth,   Skokie, IL 60076-3819
14768330  +Anderson Pest Control,   501 W Lake Street,   Suite 204,   Elmhurst, IL 60126-1419
14768331  +Andrea D'Amore,   455 Barberry Rd,   Highland Park, IL 60035-4425
14768332  +Andres Perez,   620 Sheridan Rd,   Highwood, IL 60040-1053
14768333  +Antonio Corona,   610 Sheridan Rd,   Highwood, IL 60040-1048
14768334  +Aris Pashos,   8917 Bronx Ave,   Skokie, IL 60077-1908
15145292  +At&T,   Bankruptcy Dept,   P O Box 769,   Arlington Heights, Il 60006
14768335  +Boston Blackies Arlington Heights,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768337  +Boston Blackies Naperville LLC,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15145294  +Boston Blackies Properties I Inc,   801 West Adams Street Ste 201,   Chicago, Il 60607-3035
15145295  +Boston Blackies Properties II Inc,   801 West Adams Street Ste 201,   Chicago, Il 60607-3035
15145296  +Boston Blackies Properties IV Inc,   801 West Adams Street Ste 201,   Chicago, Il 60607-3035
15145297  +Boston Blackies Properties V Inc,   801 West Adams Street Ste 201,   Chicago, Il 60607-3035
15145293  +Boston Blackies of Arlington Height,   222 Algonquin Road,   Arlington Heights, Il 60005-4662
14768338  +Boston Blackies of Lincoln Park LLC,   1962 N Halsted,   Chicago, IL 60614-5009
14768339  +Boston Blackies of Riverside Plaza,   801 West Adams Street,   Suite 201,
           Chicago, IL 60607-3035
14768340  +Boston Blackies of Skokie, Inc.,   9525 Skokie Blvd.,   Skokie, IL 60077-1314
14768341  +Boston Blackies of Winnetka LLC,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768410  ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
           WILMINGTON DE 19801-2920
           (address filed with court:  Wa Mu,   c/o JP Morgan Chase,   PO Box 660022,   Dallas, TX 75266)
15145298  +Champion Energy LLC,   Attn Bankruptcy Dept,   13831 NW Freeway Ste 250,   Houston, TX 77040-5205
14768342   Champion Energy, LLC,   PO Box 3115,   Houston, TX 77253-3115
14768343  +Chris Giannis,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15168383  +CoActiv Capital Partners, Inc.,,   c/o Deeb Petrakis Blum & Murphy, PC,,
           1601 Market Street, Suite 2600,,   Philadelphia, PA 19103-2349
14768344  +Dimitra Drosos,   7062 N Hamlin,   Lincolnwood, IL 60712-2546
15145301  +Direct TV,   Direct TV Office of General Counsel,   P O Box 915,   El Segundo, CA 90245-0915
14768345  +Donick Holdings, Inc.,   801 W Adams St,   Suite 201,   Chicago, IL 60607-3035
14768346  +Donick Holdings, Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768347  +Donna Giannis,   801 W Adams St,   Suite 201,   Chicago, IL 60607-3035
14768348  +Donna Giannis,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15145302  +Donna Giannis,   6424 North Tower Court,   Lincolnwood, IL 60712-4208
14768349   Economy Packing Co.,   939 W. Fulton St,   Chicago, IL 60607
14768350  +Eduardo Cortez,   460 Greenbay Rd,   Highwood, IL 60040-1306
14768351  +Empire Cooler Service, Inc.,   940 W. Chicago Avenue,   Chicago, IL 60642-5494
14768352  +Empire Cooling Service, Inc.,   940 W Chicago Ave,   Chicago, IL 60642-5494
15160172  +Exelon Energy Company,   c/o Lynn R Zack,   2301 Market Street S23-1,
           Philadelphia, PA 19103-1338
14768353  +Exelon Energy Inc.,   2315 Enterprise Drive,   Westchester, IL 60154-5811
14768354  +Favian Mujica,   2516 Martin Luther King Dr,   North Chicago, IL 60064-2330
14768355  +GE Capital Corp,   8377 E. Hartford Drive,   Suite 200,   Scottsdale, AZ 85255-5687
14768356  +GE Capital Corp.,   c/o R. Peterson, Jenner & Block,   330 N Wabash Ave, 38th Flr,
           Chicago, IL 60611-3586
15159642  +General Electric Capital Corporation,   Attn: Collateral Management,
           8377 East Hartford Drive, Suite 200,   Scottsdale, AZ 85255-5687
14768357  +Genevieve R. Gosun,   8050 Kenton Ave, Apt 21,   Skokie, IL 60076-3147
14768358  +Guadalup Gonzale,   1637 McGovern Ave,   Highwood, IL 60035-3528
14768359  +Humberto T. Aguallo,   335 Albert Dr,   Vernon Hills, IL 60061-1615
14768360  +IL Dept. of Employment Securities,   PO Box 19300,   Springfield, IL 62794-9300
14768362  ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
           (address filed with court:  Illinois Department of Revenue,   101 W Jefferson St,
           Springfield, IL 62702)
14768361   Ilana Ostro,   6633 N Mango Ave,   Lincolnwood, IL 60712
14814037   Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
14768364  +Ioana C. Raru,   320 S. Mt. Prospect Rd,   Mount Prospect, IL 60056-3440
14768365   Irv Solomon and Son,   PO Box 934,   Northbrook, IL 60065-0934
14768366  +Jeisy Rodriguez,   235 Highwood Ave,   Highwood, IL 60040-1505

```
District/off: 0752-1          User: nmolina          Page 2 of 4          Date Rcvd: Aug 30, 2013
                             Form ID: pdf006         Total Noticed: 117
```

```
14768367      Jennifer Magnus,   123 E North Ave,   Lake Forest, IL 60045
14768369     +Juan Garcia,   1021 Kenilworth Dr,   Wheeling, IL 60090-3964
14768370     +Juan Salinas,   77 W. Strong St,   Wheeling, IL 60090-2867
14768371     +Karina Galindo,   430 Sheridan Rd,   Highwood, IL 60040-1309
14768372      Ladislao Salinas,   636 Sheridan Rd, Apt 3C,   North Chicago, IL 60064
14768373     +Lake Cook Plaza Assoc., Ltd., Ptr.,   c/o Lake Cook Plaza, LLC Suite 204,
               Mosiac Prop & Devl 555 Skokie Blvd,   Northbrook, IL 60062-2812
14768374     +Lisa Kogan,   101 Pointe Dr, #307,   Northbrook, IL 60062-1008
14768375     +Lux Security,   3611 N Nottingham Ave,   Chicago, IL 60634-2243
14768376      Lyon Financial Services Inc.,   PO Box 780449,   Saint Louis, MO 63179
14768377     +MacCarb,   4616 W Main St,   West Dundee, IL 60118-9414
15055046     +Mark Solomon Ltd.,   P.O. Box 934,   Northbrook, IL 60065-0934
14768379     +Marlinn Restaurant Supply Co.,   6100 W 73rd St,   Suite 1,   Bedford Park, IL 60638-6107
15169373     +Morgan & Bley, Ltd.,   900 West Jackson Blvd.,   Suite 4 East,   Chicago, Illinois 60607-3745
14768385     +NSN Employer Services,   PO Box 617665,   Chicago, IL 60661-7665
14768381     +Neo Networks,   4030 Overhill Ave,   Norridge, IL 60706-1005
15145303     +Nick Giannis,   6424 North Tower Court,   Lincolnwood, Il 60712-4208
14768382     +Nick Giannis,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768386     +Omar Hernandez,   2756 N. Nordica,   Chicago, IL 60707-1709
14768317     +One Sixty Four Grand Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768387     +Pedro Oliva,   542 Greenbay Road,   Highwood, IL 60040-1350
14768388     +Peter Pan Restaurant Management and,   Consultants, Inc.,   612 N. Wells Street,
               Chicago, IL 60654-3715
14768392     +RBS Citizens, NA d/b/a Charter One,   c/o Riemer & Braunstein, LLP,   71 S. Wacker Dr., Ste. 3515,
               Chicago, IL 60606-4610
14768389      Radiant Systems,   PO Box 198755,   Atlanta, GA 30384-8755
14768390     +Rally Capital Services, LLC.,   350 N. LaSalle Street,   Suite 1100,   Chicago, IL 60654-5131
14768391     +Ralucia Boie,   9396 Landings Lane, 604F,   Des Plaines, IL 60016-5212
14768393     +Rona Keller,   626 W Randolph, #ste 402,   Chicago, IL 60661-2200
14768394     +Ruben Garcia,   1637 McGovern Ave,   Highland Park, IL 60035-3528
14768395     +Salvador Cabrera,   1026 Central Ave,   Highland Park, IL 60035-3285
14768396     +Silvano Lopez,   630 Sheridan Rd, Apt 2A,   Highwood, IL 60040-1016
14768397     +Southern Wine & Spirits,   2971 Paysphere Circle,   Chicago, IL 60674-0029
14768398     +Sta-Kleen, Inc.,   803 W Estes Ave,   Schaumburg, IL 60193-4477
14768399     +Stewarts Private Blend Foods, Inc.,   4110 Wrightwood Ave,   Chicago, IL 60639-2172
14768400     +Supreme Lobster & Seafood company, Inc.,   220 E North Ave,   Villa Park, IL 60181-1207
14768401     +Sysco Chicago Inc.,   c/o McMahan & Sigunick Ltd.,   412 S. Wells St, 6th Flr,
               Chicago, IL 60607-3972
14768402     +Tiburcio Rodriguez,   235 Highwood Ave,   Highwood, IL 60040-1505
14768403      Total Management Systems,   900 W Fullerton Ave,   Addison, IL 60101-3306
14815426     +Trimark Marlinn, Inc.,   c/o Teller, Levit & Silvertrust, P.C.,   11 East Adams - Suite 800,
               Chicago, IL 60603-6324
17530855     +U.S. Foodservice, Inc.,   c/o Saul Ewing LLP,   1500 Market Street, 38th Floor,
               Philadelphia, PA 19102-2128,   Attn: J. Hampton/M. Rand
14768405      US Food Services,   PO Box 98420,   Chicago, IL 60693-8420
14768406     +Versa Foods Inc.,   320 W Gerri Lane,   Addison, IL 60101-5012
14768407    #+Veterans Linen Supply Co., INC,   627 S. 89th St,   Milwaukee, WI 53214-1399
15004459     +Vienna Beef Ltd,   c/o Kevin Andersen,   2501 N Damen Ave,   Chicago, Il 60647-2101
14768408     +Vienna Sausage MFG. CO.,   2549 Paysphere Circle,   Chicago, IL 60674-0025
14768409     +Village of Deerfield,   850 Waukegan Rd,   Deerfield, IL 60015-3279
14768411     +Walter J. Jr. Inc.,   2441 E Seminary Ave,   Des Plaines, IL 60016-4843
14768412      Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648
15145305     +Waste Management,   Attn Dennis Wilt,   720 E Butterfield Rd 4th Floor,   Lombard, Il 60148-5689
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15145300     +E-mail/Text: legalcollections@comed.com Aug 31 2013 00:29:33     Commonwealth Edison,
               c/o Lashonda Hunt,   10 South Dearborn St 35th Floor,   Chicago, Il 60603-2300
14768363      E-mail/Text: cio.bncmail@irs.gov Aug 31 2013 00:27:23     Dept of The Treasury IRService,
               P O Box 21126,   Philadelphia, PA 19114
14768380      E-mail/Text: bridgetann_oxendine@muzak.com Aug 31 2013 00:29:58     Muzak,   PO Box 71070,
               Charlotte, NC 28272-1070
14768383     +E-mail/Text: bankrup@aglresources.com Aug 31 2013 00:28:31     NiCor Gas,   PO Box 416,
               Aurora, IL 60507-0416
15145304     +E-mail/Text: bankrup@aglresources.com Aug 31 2013 00:28:31     Nicor Gas,   1844 Ferry Road,
               Naperville, Il 60563-9600
16454297     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 31 2013 00:31:06     Office of the U.S. Trustee,
               219 South Dearborn ST Room 873,   Chicago, Il 60604-2027
                                                                                      TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14768404*    +Total Management Systems, Inc.,   900 W. Fullerton Avenue,   Addison, IL 60101-3306
14768413*    +Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648
14768336    ##+Boston Blackies Management, Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15145299    ##+Chris Giannis,   6424 North Tower Court,   Lincolnwood, Il 60712-4208
14768368    ##+Jessica Gabel,   1167 Deerfield Rd,   Deerfield, IL 60015-4188
14768378    ##+Marcelino Salinas,   626 Sheridan Rd, #3C,   Highwood, IL 60040-1029
14768384    ##+Nordic Energy,   625 Plainfield Road,   Suite 226,   Willowbrook, IL 60527-5368
                                                                         TOTALS: 0, * 2, ## 5
```

```
District/off: 0752-1              User: nmolina              Page 3 of 4              Date Rcvd: Aug 30, 2013
                                 Form ID: pdf006            Total Noticed: 117
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2013**                    **Signature:**          _Joseph Speetjens_

District/off: 0752-1          User: nmolina           Page 4 of 4              Date Rcvd: Aug 30, 2013
                             Form ID: pdf006          Total Noticed: 117


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2013 at the address(es) listed below:
          Beverly A Berneman    on behalf of Debtor   Boston Blackies of Lake Cook Plaza, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
           ie.com;tstephenson@golanchristie.com
          David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           constantine.harvalis@usdoj.gov
          Eileen M Sethna    on behalf of Debtor   Boston Blackies of Lake Cook Plaza, Inc.
           esethna@chuhak.com,  rsaldivar@chuhak.com
          Jeffrey D Ganz    on behalf of Creditor   RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. jganz@riemerlaw.com,  saguado@riemerlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin    on behalf of Debtor   Boston Blackies of Lake Cook Plaza, Inc.
           rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
           ie.com;tstephenson@golanchristie.com
          Thomas M Lombardo    on behalf of Creditor   RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. tlombardo@riemerlaw.com
                                                                               TOTAL: 8