UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOSTON BLACKIES OF LAKE COOK § Case No. 09-44649
PLAZA,
§
            Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            , and it was converted to chapter 7 on . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Lyon Financial Serv. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | GE | | | | | |
| 13 | RBS CITIZENS NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILLINIOS DEPT OF REVENUE | | | | | |
| EX, FED | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Arias | | | | | |
| | A. Corona | | | | | |
| | A. D'Amore | | | | | |
| | A. Florez | | | | | |
| | A. Garcia | | | | | |
| | A. Lozano | | | | | |
| | A. Magallan | | | | | |
| | A. Martinez | | | | | |
| | A. Pareja | | | | | |
| | A. Pashos | | | | | |
| | A. Perez | | | | | |
| | A. Perez | | | | | |
| | D. Drosos | | | | | |
| | E. Cortez | | | | | |
| | F. Mujica | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G. Gonzalez | | | | | |
| | G. Gosun | | | | | |
| | H. Agualla | | | | | |
| | I. Ostro | | | | | |
| | I. Raru | | | | | |
| | IDES | | | | | |
| | IDOR | | | | | |
| | IDOR | | | | | |
| | IRS | | | | | |
| | IRS | | | | | |
| | J. Gabel | | | | | |
| | J. Garcia | | | | | |
| | J. Magnus | | | | | |
| | J. Rodriguez | | | | | |
| | J. Salinas | | | | | |
| | K. Galindo | | | | | |
| | L. Kogan | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | L. Salinas | | | | | |
| | M. Salinas | | | | | |
| | O. Hernandez | | | | | |
| | P. Oliva | | | | | |
| | R. Boie | | | | | |
| | R. Garcia | | | | | |
| | S. Cabrera | | | | | |
| | S. Lopez | | | | | |
| | T. Rodriguez | | | | | |
| 19A | DEPT OF TREASURY | | | | | |
| 1 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Also-American Linen | | | | | |
| | Anderson Pest Control | | | | | |
| | Boston Blackies Arlington Heights | | | | | |
| | Boston Blackies Lincoln Park | | | | | |
| | Boston Blackies Properties I, Inc. | | | | | |
| | Boston Blackies Properties II, Inc. | | | | | |
| | Boston Blackies Properties IV, Inc. | | | | | |
| | Boston Blackies Properties V, Inc. | | | | | |
| | Champion Energy LLC | | | | | |
| | Chris Giannis | | | | | |
| | ComEd | | | | | |
| | DirecTV | | | | | |
| | Donna Gianis | | | | | |
| | Donna Giannis | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Empire Cooling Service | | | | | |
| | Irv Solomon & Son | | | | | |
| | Lux Security | | | | | |
| | Muzak | | | | | |
| | NSN Employer Services | | | | | |
| | Neo Networks | | | | | |
| | Nick Giannis | | | | | |
| | Nicor | | | | | |
| | Nordic Energy | | | | | |
| | Radiant Systems | | | | | |
| | Rona Keller | | | | | |
| | Sta-Kleen | | | | | |
| | Stewarts Private Blend Foods | | | | | |
| | Total Management Systems | | | | | |
| | Versa Foods, Inc. | | | | | |
| | Veterans Linen Supply | | | | | |
| | Walter J Jr. Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Washington Mutual |  |  |  |  |  |
|  | Waste Management |  |  |  |  |  |
| 5 | A NEW DAIRY INC. |  |  |  |  |  |
| 11 | ALPHA BANKING CO |  |  |  |  |  |
| 17 | COACTIV CAPITAL PARTNERS |  |  |  |  |  |
| 19 | DEPT OF TREASURY |  |  |  |  |  |
| 24 | ENONOMY PACKING CO |  |  |  |  |  |
| 15 | EXELON ENERGY CO |  |  |  |  |  |
| 1A | ILLINOIS DEPT OF REVENUE |  |  |  |  |  |
| 12 | KELLER, RONA |  |  |  |  |  |
| 16 | LAEK COOK PLAZA ASSOC |  |  |  |  |  |
| 4 | MACCARB |  |  |  |  |  |
| 9 | MARK SOLOMON LTD. |  |  |  |  |  |
| 18 | MORGAN & BLEY |  |  |  |  |  |
| 7 | RALLY CAPITAL SERVICES |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13A | RBS CITIZENS NA | | | | | |
| 3 | SOUTHERN WINE & SPRITIS | | | | | |
| 22 | SUPREME LOBSTER & SEAFOOD | | | | | |
| 6 | SYSCO CHICAGO INC. | | | | | |
| 2 | TRIMARK MARLINN, INC. | | | | | |
| 23 | US FOODSERVICE INC. | | | | | |
| 8 | VIENNA BEEF LTD | | | | | |
| 21 | VILLAGE OF DEERFIELD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-44649 | Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES OF LAKE COOK PLAZA, | | Date Filed (f) or Converted (c): | 11/24/09 (f) |
| | | | 341(a) Meeting Date: | 12/15/10 |
| For Period Ending: | 09/23/13 | | Claims Bar Date: | 08/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 7,263.65 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 10.84 | FA |
| 3. BANK ACCOUNTS | 16,796.00 | 0.00 | | 14,195.96 | FA |
| 4. SECURITY DEPOSITS | 16,433.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS | 1,103.34 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 1,400.00 | 0.00 | | 0.00 | FA |
| 7. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 8. 2004 TOYOTA 4 RUNNER | 11,100.00 | 0.00 | | 0.00 | FA |
| 9. 2008 DODGE SPRINTER | 40,000.00 | 0.00 | | 0.00 | FA |
| 10. OFFICE EQUIPMENT, FURNISHINGS, AND | 6,640.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY, FIXTURES, AND BUSINESS E | 67,240.00 | 0.00 | | 315,000.00 | FA |
| 12. INVENTORY | 26,148.00 | 0.00 | | 17,242.28 | FA |

TOTALS (Excluding Unknown Values)        $187,363.34        $0.00                $353,712.73        Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDRSubmitted to UST

Initial Projected Date of Final Report (TFR): 01/01/12        Current Projected Date of Final Report (TFR): 01/30/13

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.03

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44649 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES OF LAKE COOK PLAZA, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5615  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3270 | | | |
| For Period Ending: | 09/23/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 10/14/10 | | John Bozich | earnest money deposit | 65,000.00 | | | | | 65,000.00 |
| 10/14/10 | 11 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $65,000.00 | | | | | | 65,000.00 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1.06 | | | | 65,001.06 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 2.68 | | | | 65,003.74 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 2.76 | | | | 65,006.50 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 2.76 | | | | 65,009.26 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St.  #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 49.45 | | | 64,959.81 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.50 | | | | 64,960.31 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.55 | | | | 64,960.86 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.53 | | | | 64,961.39 |
| 05/13/11 | | Deerfield Enterprises LLC | sale of inventory | 17,242.28 | | | | | 82,203.67 |
| 05/13/11 | 12 | Asset Sales Memo: | INVENTORY  $17,242.28 | | | | | | 82,203.67 |
| 05/13/11 | | John Bozich | sale of Riverside/Deerfield restaur | 50,000.00 | | | | | 132,203.67 |
| 05/13/11 | 11 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $50,000.00 | | | | | | 132,203.67 |
| 05/13/11 | | John Bozich | sale of Riverside/Deerfield resttas | 200,000.00 | | | | | 332,203.67 |
| 05/13/11 | 11 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $200,000.00 | | | | | | 332,203.67 |
| 06/25/11 | 000102 | Fed Ex | delivery of commission ck to ARS | | | 32.92 | | | 332,170.75 |
| 10/04/11 | | Boston Blackies of Riverside | reimbursement | 7,263.65 | | | | | 339,434.40 |
| 10/04/11 | 1 | Asset Sales Memo: | CASH ON HAND  $7,263.65 | | | | | | 339,434.40 |
| 10/04/11 | | Boston Blackies of Deerfield | | 6,709.01 | | | | | 346,143.41 |
| 10/04/11 | 3 | Asset Sales Memo: | BANK ACCOUNTS  $6,709.01 | | | | | | 346,143.41 |
| 10/04/11 | | Boston Blackies of Lake Cook Plaza c/o Trigild | | 7,486.95 | | | | | 353,630.36 |
| 10/04/11 | 3 | Asset Sales Memo: | BANK ACCOUNTS  $7,486.95 | | | | | | 353,630.36 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -440.76 | | 353,189.60 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.03

Case 09-44649   Doc 82   Filed 09/30/13   Entered 09/30/13 10:24:57   Desc Main
Document      Page 14 of 15

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44649 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF LAKE COOK PLAZA, | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5615  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3270 | | |
| For Period Ending: | 09/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -435.44 | | 352,754.16 |
| 12/28/11 | | Transfer to Acct #*******6164 | Final Posting Transfer | | | | | -352,754.16 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Account *******5615 | Balance Forward | 0.00 | | |
| 7 Deposits | 353,701.89 | 2 Checks | 82.37 |
| 7 Interest Postings | 10.84 | 2 Adjustments Out | 876.20 |
| | | 1 Transfers Out | 352,754.16 |
| Subtotal | $ 353,712.73 | | |
| | | Total | $ 353,712.73 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 353,712.73 | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.03

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44649 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF LAKE COOK PLAZA, | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6164 Checking - Non Interest |
| Taxpayer ID No: | *******3270 | | |
| For Period Ending: | 09/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******5615 | Transfer In From MMA Account | | | | | 352,754.16 | 352,754.16 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post petition taxes | | | 1,429.14 | | | 351,325.02 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 Wire to Secured Creditor Wire Transfer to Secured Creditor (GECC) per court order 12/11 | | | 351,325.02 | | | 0.00 |

```
                    Account *******6164     Balance Forward          0.00
                                       0  Deposits                   0.00       2  Checks              352,754.16
                                       0  Interest Postings          0.00       0  Adjustments Out          0.00
                                          Subtotal              $    0.00       0  Transfers Out            0.00
                                       0  Adjustments In             0.00          Total            $  352,754.16
                                       1  Transfers In         352,754.16

                                          Total              $  352,754.16


                    Report Totals          Balance Forward          0.00
                                       7  Deposits             353,701.89       4  Checks              352,836.53
                                       7  Interest Postings         10.84       2  Adjustments Out        876.20
                                          Subtotal         $   353,712.73       1  Transfers Out       352,754.16
                                       0  Adjustments In             0.00          Total            $  706,466.89
                                       1  Transfers In         352,754.16

                                          Total           $   706,466.89          Net Total Balance   $     0.00
```

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 09/23/13

BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.03